Von Ryan Reyes, Esq. (SBN 205186)
FORAN GLENNON
1741 Technology Drive, Suite 250
San Jose, CA  95110
Tel: (669) 317-4280
Fax: (312) 863-5099
vreyes@fgppr.com

Attorneys for Plaintiff Ariat International,
Inc., a California company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### Oakland Division

| | |
|---|---|
| ARIAT INTERNATIONAL, INC., a California corporation, | CASE NO.  3:25-cv-02130-LB |
| Plaintiff, | Judge: Hon. Laurel Beeler |
| v. | **ORDER FOR CONDITIONAL DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |
| GORDY'S FT. WORTH FEST, LLC, an Idaho limited liability company; MEGAN SCHROEDER an individual, GORDY SCHROEDER, an individual and DOES 1 through 20, | **[FRCP 41(a)(2)]** |
| Defendants. | Complaint Filed:    2/28/25 |

Having been informed of a negotiated settlement among the parties, including certain terms of such settlement, the Court issues the following Order pursuant to Federal Rule of Civil Procedure 41(a)(2):

1.    The Complaint is conditionally dismissed without prejudice as to Defendants for a year from the date of this Order.

//

//

-1-

ORDER FOR CONDITIONAL DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

2.    If the settlement among the parties is not effectuated by no later than January 31, 2027, a party could restore this action to calendar by filing a one-page document stating so.

**IT IS SO ORDERED.**

Dated: _February 6, 2026_

_____
U.S. MAGISTRATE JUDGE

-2-

ORDER FOR CONDITIONAL DISMISSAL OF COMPLAINT WITHOUT PREJUDICE